IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLY CONARD,** | **Civ. No. 4:06-cv-1450** |
| **Plaintiff** | |
| v. | |
| **PENNSYLVANIA STATE POLICE, et al.,** | **Magistrate Judge Carlson** |
| | **Judge Rambo** |
| **Defendants** | |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 75) of the magistrate judge is **ADOPTED**;

2) The motion to reopen the captioned matter (Doc. 73) is **DENIED**;

3) The clerk of court is directed to close this file;

4) Any appeal from this order is deemed to be frivolous and not taken in good faith.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: January 25, 2016